# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

JEANETTE QUINN,  )
on behalf of herself and a class of  )
similarly situated former employees,  )
  )  **Case No. 2:24-cv-04105-SRB**
  **Plaintiff,**  )
  )
vs.  )
  )
**NC HOLDINGS, LLC, *et al.*,**  )
  )
  **Defendants.**  )

## <u>VALUEHEALTH, LLC; NC HOLDINGS, LLC; VH INTERMEDIARY I, LLC; AND VALUEHEALTH INTERMEDIARY I, LLC DEFENDANTS' MOTION TO DISMISS</u>

Defendants NC Holdings, LLC; ValueHealth, LLC; VH Intermediary I, LLC; and ValueHealth Intermediary I (collectively "the NC &VH Defendants") hereby move the Court to dismiss Plaintiff's Petition under Rule 12(b)(6). As discussed in the NC and VH Defendants' Suggestions in Support of this motion, Plaintiff's claims should be dismissed for two primary reasons: (A) All claims related to unpaid wages are exclusively collective against nine to 14 defendants, and conclusory allegations devoid of factual enhancement fail to plausibly show that the NC and VH Defendants were Plaintiff's employer; and (B) all claims related to employee benefits are preempted by the Employee Retirement Income Security Act (ERISA) and likewise fail to state a claim under federal law. The Petition should therefore be dismissed with prejudice.

1

Respectfully submitted,

FOULSTON SIEFKIN LLP

By: */s/ Matthew D. Stromberg*
    Matthew D. Stromberg, MO #61814
    7500 College Boulevard, Suite 1400
    Overland Park, KS 66210
    (T) 913-253-2144 | (F) 913-498-2101
    mstromberg@foulston.com

ATTORNEY FOR DEFENDANTS
NC HOLDINGS, LLC;
VH INTERMEDIARY I, LLC;
VALUEHEALTH INTERMEDIARY I, LLC;
and VALUEHEALTH, LLC

## CERTIFICATE OF SERVICE

I certify that on the 5th day of July 2024, I electronically filed the above and foregoing with the Clerk of the Court using the Court's electronic filing system, which will send a notice of electronic filing to all counsel of record, and a true and correct copy of the above and foregoing was served via electronic mail and U.S. Mail, postage prepaid to:

Todd C. Werts, werts@learwerts.com
Bradford B. Lear, lear@learwerts.com
Sander C. Sowers, sowers@learwerts.com
LEAR WERTS LLP

And a true and correct copy will be timely served via email and U.S. Mail, postage paid to:

William Solomon
14007 Parkhill Street
Overland Park, KS 66221
drewsolomon2287@yahoo.com
drews2287@hotmail.com

                    */s/ Matthew D. Stromberg*
                    Matthew D. Stromberg

2